UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 00-624-CIV-ZLOCH-Seltzer

FILED BY _____ D.C

00 FEB 10 AM 8: 56

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

| | |
|---|---|
| JAMES E. RADICAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FIRST RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, a Foreign, | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## SCHEDULING REPORT AND JOINT PROPOSED SCHEDULING ORDER

The parties, by and through their undersigned counsel, pursuant to Rule 16.1(B), Local Rules of the Southern District of Florida, after a telephone scheduling meeting held January 26, 2000 file this Scheduling Report and Joint Proposed Scheduling Order.

### SCHEDULING REPORT

a.  Discovery

The parties propose to conclude discovery, including concluding all written discovery and all depositions within 179 days after the pleadings are closed, 179 days after the date of the Scheduling Order, or 30 days before trial, whichever is later.

1

b. <u>Discussion of the Likelihood of Settlement</u>:

The parties will discuss settlement.

c. <u>Discussion of the Likelihood of Appearance in the action of Additional Parties</u>:

The parties do not anticipate that additional parties will appear in this action.

d. <u>Proposed Limits of Time</u>:

(i) Discovery to be completed within 179 days after the pleadings are closed, 179 days after the date of the Scheduling Order, or 30 days before trial, whichever is later; (ii) disclosure of witnesses within 90 days of the Scheduling Order; (iii) disclosure of expert witnesses within 120 days of the Scheduling Order; (iv) dispositive motions to be filed and heard at least 60 days before the trial date.

e. <u>Proposals for the Formulation and Simplification of Issues</u>:

Counsel for the parties will work together to simplify both factual and legal issues and will file dispositive motions as soon as all the discovery that would support these motions has been completed.

f. <u>Necessity or Desirability of Amendments to the Pleadings</u>:

Additional causes of actions or affirmative defenses may become apparent during discovery.

g. <u>Admissions</u>:

The parties expect to meet before trial to stipulate to the authenticity of documents and will file motions in limine and other evidentiary motions as soon as they become evident to avoid delays before or during trial.

h.  <u>Avoidance of Unnecessary Proof</u>:

The parties will work together to simplify issues, including entering all necessary stipulations.

i.  <u>Referral</u>:

The parties do not agree that matters be referred to a Magistrate Judge or Master.

j.  <u>Trial Duration</u>:

The parties estimate the trial in this matter will take one day.

k.  <u>Pretrial Conference</u>:

The parties request that a pretrial conference be held thirty days after the final disposition of all dispositive motions.

l.  <u>Other Information</u>:

Defendant does not believe that discovery is relevant in this matter, as this case is governed by ERSA and as such, the court's scope of review is limited to the administrative record. Plaintiff agrees that this case is governed by ERISA, but does not agree with the suggested evidentiary limitation since a de novo standard of review is applicable.

Dated: February ___, 2000                                Dated: February 7, 2000

BY:_____                              BY:_____
GENE D. LIPSCHER                                         LAWRENCE D. BACHE
Florida Bar No. 904228                                   Florida Bar No. 0557935

Alley, Maass, Rogers, & Lindsay, P.A.                    Law Office of Lawrence D. Bache

3

| | |
|---|---|
| Attorney for Defendant | Attorney for Plaintiff |
| 321 Royal Poinciana Plaza South | Fountains Executive Centre |
| P.O. Box 431 | 9000 West Sheridan Street, Ste. 174 |
| Palm Beach, FL 33480-0431 | Pembroke Pines, FL 33024 |
| Phone. (561) 659-1770 | Phone: (954) 436-7376 |
| Fax: (561) 833-2261 | Fax: (954) 436-2926 |

h.   **Avoidance of Unnecessary Proof**:

The parties will work together to simplify issues, including entering all necessary stipulations.

i.   **Referral**:

The parties do not agree that matters be referred to a Magistrate Judge or Master.

j.   **Trial Duration**:

The parties estimate the trial in this matter will take one day.

k.   **Pretrial Conference**:

The parties request that a pretrial conference be held thirty days after the final disposition of all dispositive motions.

l.   **Other Information**:

Defendant does not believe that discovery is relevant in this matter, as this case is governed by ERSA and as such, the court's scope of review is limited to the administrative record. Plaintiff agrees that this case is governed by ERISA, but does not agree with the suggested evidentiary limitation since a de novo standard of review is applicable.

Dated: February 2ᵈ, 2000                    Dated: February ___, 2000


BY: _____                 BY: _____
    GENE D. LIPSCHER                            LAWRENCE D. BACHE
    Florida Bar No. 904228                      Florida Bar No. 0557935

Alley, Maass, Rogers, & Lindsay, P.A.       Law Office of Lawrence D. Bache

3