```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6024-CIV-ZLOCH
JAMES E. RADICAN,

          Plaintiff,

vs.                                          O R D E R          

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY, a foreign
corporation,

          Defendant.
_____/
```

THIS MATTER is before the Court upon the Defendant, First Reliance Standard Life Insurance Company's Motion For Leave To File Answer Nunc Pro Tunc (DE 4). The Court having carefully reviewed said Motion and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, First Reliance Standard Life Insurance Company's aforementioned Motion For Leave To File Answer Nunc Pro Tunc (DE 4) be and the same is hereby **GRANTED**, and the Answer And Affirmative Defenses attached thereto is hereby deemed timely filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ____ day of April, 2000 nunc pro tunc to January 6, 2000.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:
Lawrence D. Bache, Esq.
Gene D. Lipscher, Esq.

