IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES E. RADICAN ) | CIVIL ACTION |
| ) | CASE NO.: 00-624-CIV-ZLOCH |
| Plaintiff, ) | MAGISTRATE: Seltzer |
| ) | |
| v. ) | |
| ) | |
| FIRST RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, a foreign ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |



### MOTION OF DEFENDANT
### TO ADMIT JOSHUA BACHRACH, ESQ. PRO HAC VICE

Defendant, First Reliance Standard Life Insurance Company ("FRSL"), by and through its undersigned counsel, hereby moves the Court to admit Joshua Bachrach, Esquire, *pro hac vice* in the above captioned case, and in support thereof, states as follows:

1. Plaintiff initiated this action to recover benefits allegedly owed by FRSL.

2. FRSL requests that Joshua Bachrach, Esquire, an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey, be admitted *pro hac vice* in this case to serve as its lead counsel.

4. Joshua Bachrach, Esquire has been a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1993. He is also admitted to practice before and a member in good standing of the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the

District of New Jersey, the United States District Court for the Eastern District of Michigan and the United States Courts of Appeal for the Third, Fourth and Sixth Circuits. Mr. Bachrach is an associate in the law firm of Rawle & Henderson LLP in Philadelphia, Pennsylvania. Mr. Bachrach's affidavit is attached hereto as Exhibit "A."

5. Following the admission *pro hac vice* of Mr. Bachrach in this case, Gene D. Lipscher, Esquire of Alley, Maass, Rogers & Lindsay, P.A., P.O. Box 431, 321 Royal Poinciana Plaza, S., Palm Beach, FL 33480, telephone number (561) 659-1770, shall remain as local counsel of record upon whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

6. There is good cause for the request made in this motion.

7. Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, Josh Bachrach certifies below that he has studied the local rules of the United States District Court, Southern District of Florida.

WHEREFORE, Defendant, First Reliance Standard Life Insurance Company respectfully requests that the Court enter an Order in the form proposed granting the admission of Joshua Bachrach, Esquire *pro hac vice* during the pendency of this case.

Respectfully submitted,

ALLEY, MAASS, ROGERS & LINDSAY, P.A.
Counsel for Defendant
P.O. Box 431
321 Royal Poinciana Plaza, South
Palm Beach, FL 33480-0431
(561) 659-1770/ (561) 833-2261 Fax

By: _____
GENE D. LIPSCHER
Florida Bar No. 904228

## CERTIFICATE OF COMPLIANCE WITH RULE 4.B

    The undersigned attorney, Joshua Bachrach, hereby certifies that he has studied the local rules of the United States District Court, Southern District of Florida.

*/s/ Joshua Bachrach*
Joshua Bachrach

## CONSENT TO DESIGNATION

    The undersigned attorney, Gene D. Lipscher, of Alley, Maass, Rogers & Lindsay, P.A., P.O. Box 431, 321 Royal Poinciana Plaza, S., Palm Beach, FL 33480, hereby consents to the designation of local counsel in this matter.

ALLEY, MAASS, ROGERS & LINDSAY, P.A.
P.O. Box 431
321 Royal Poinciana Plaza, South
Palm Beach, FL 33480-0431
(561) 659-1770/ (561) 833-2261 Fax

By: */s/ Gene Lipscher*
GENE D. LIPSCHER
Florida Bar No. 904228

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by via First Class U.S. Mail, postage prepaid, to Lawrence D. Bache, Esq., Fountains Executive Center, 9000 West Sheridan Street, Suite 174, Pembroke Pines, FL 33024, this 13th day of April, 2000.

ALLEY, MAASS, ROGERS & LINDSAY, P.A.
Attorneys for Defendant
P.O. Box 431
321 Royal Poinciana Plaza, South
Palm Beach, FL 33480-0431
(561) 659-1770/ (561) 833-2261 Fax

By: _____
GENE D. LIPSCHER
Florida Bar No. 904228

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES E. RADICAN )<br><br>    Plaintiff, )<br>)<br>v. )<br>)<br>FIRST RELIANCE STANDARD LIFE )<br>INSURANCE COMPANY, a foreign )<br>corporation, )<br>)<br>    Defendant. )<br>_____ ) | CIVIL ACTION<br>CASE NO.: 00-624-CIV-ZLOCH<br>MAGISTRATE: Seltzer<br><br><br><br><br>**AFFIDAVIT OF JOSHUA BACHRACH** |

BEFORE ME, JOSHUA BACHRACH, being duly sworn and states as follows:

(1)  I submit this Affidavit in support of the Motion of First Reliance Standard Life Insurance Company for my admission pro hac vice.

(2)  I have been a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1993. I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United State District Court for the District of New Jersey, the United States District Court for the District of Michigan and the United States Courts of Appeal for the Third, Fourth and Sixth Circuits. I am a member of good standing of all courts named above.

(3)  I am an associate in the law firm of Rawle & Henderson LLP in Philadelphia, Pennsylvania.

(4)  I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To assure my compliance with those regulations, I have

requested that Gene D. Lipscher, Esquire, a member of good standing before this Court, act as attorney of record.

(5)  I have studied the local rules of civil procedure and shall abide by them.

_____
JOSHUA BACHRACH

STATE OF *Pennsylvania* )
                         ) ss:
COUNTY OF *Philadelphia* )

The foregoing instrument was acknowledged before me this 27th day of *March*, 2000, by JOSHUA BACHRACH. He is personally known to me or has produced _____ as identification.

_____
NOTARY PUBLIC

Shirley Audion, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Nov. 24, 2001
Member, Pennsylvania Association of Notaries

My Commission Expires:
My Commission Number: