IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES E. RADICAN ) | CIVIL ACTION |
| ) | CASE NO.: 00-624-CIV-ZLOCH |
| Plaintiff, ) | MAGISTRATE: Seltzer |
| ) | |
| v. ) | |
| ) | |
| FIRST RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, a foreign ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION
## TO ADMIT JOSHUA BACHRACH, ESQUIRE PRO HAC VICE

Defendant, First Reliance Standard Life Insurance Company hereby moves for the admission of Joshua Bachrach, Esquire *pro hac vice* to act as counsel for said Defendant in this case. Gene D. Lipscher, Esquire, who is admitted to practice in this Court, shall continue to serve as counsel of record. As Reliance Standard Life Insurance Company has specifically requested that Mr. Bachrach represent it in this case and there being no good cause for denial, it is respectfully requested that this Court grant the Motion for Admission Pro Hac Vice.

Respectfully submitted,

ALLEY, MAASS, ROGERS & LINDSAY, P.A.
Trial Counsel for Defendant
P.O. Box 431
321 Royal Poinciana Plaza, South
Palm Beach, FL 33480-0431
(561) 659-1770/ (561) 833-2261 Fax

By: _____
GENE D. LIPSCHER
Florida Bar No. 904228



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by via First Class U.S. Mail, postage prepaid, to Lawrence D. Bache, Esq., Fountains Executive Center, 9000 West Sheridan Street, Suite 174, Pembroke Pines, FL 33024, this 13th day of April, 2000.

> ALLEY, MAASS, ROGERS & LINDSAY, P.A.
> Attorneys for Defendant
> P.O. Box 431
> 321 Royal Poinciana Plaza, South
> Palm Beach, FL 33480-0431
> (561) 659-1770/ (561) 833-2261 Fax
>
> By: _____
> GENE D. LIPSCHER
> Florida Bar No. 904228