UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH

APR 2 0 2000

JAMES E. RADICAN,

    Plaintiff,

vs.                                    <u>O R D E R</u>

FIRST RELIANCE STANDARD
LIFE INSURANCE COMPANY, a
foreign corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Motion Of Defendant To Admit Joshua Bachrach, Esq. *Pro Hac Vice* (DE 6). The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the aforementioned Motion Of Defendant To Admit Joshua Bachrach, Esq. *Pro Hac Vice* (DE 6) be and the same is hereby **GRANTED** and Joshua Bachrach, Esquire is hereby granted leave to appear in the above-styled cause on behalf of the Defendant, First Reliance Standard Life Insurance Company.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Gene D. Lipscher, Esquire counsel of record for Defendant, immediately upon receipt



of same, shall provide copies of this Order to all counsel in the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of April, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished

Gene D. Lipscher, Esq.