APR 2 0 2000

JAMES E. RADICAN

    Plaintiff

v.

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY, etc.

    Defendant
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH

ORDER FOR PRE-TRIAL
CONFERENCE

    The above-styled cause is hereby set for Pre-Trial Conference on __February 16__, _2001_, at _9:30 a.m._, at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

TIME SCHEDULE

| | |
|---|---|
| **SEVENTEEN** days prior to P-T Conf. | - Attorneys must meet |
| **FIFTEEN** days prior to P-T Conf. | - Resume of experts and their reports must be exchanged |
| **FIVE** days prior to P-T Conf. | - ALL discovery must be completed |
| _90_ days prior to P-T Conf. | - ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before __February 2, 2001__.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _20th_ day of _April_, 2000.

                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:
Lawrence D. Bache, Esq.
Gene D. Lipscher, Esq.