UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-624-CIV-ZLOCH-Seltzer**

| | |
|---|---|
| JAMES E. RADICAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, a Foreign, | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY

COMES NOW Plaintiff, JAMES E. RADICAN, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby requests oral argument on his Motion for Summary Judgment on the Issue of Liability filed in this cause and states:

A hearing would be helpful to the Court because the concerned issues fall under the Employee Retirement Income and Security Act of 1974, 29 U.S.C. § 1001, et. seq. and rules promulgated with respect thereto. The undersigned believes oral argument will assist the Court in considering the facts and circumstances critical to determining the propriety of the Administrator's denial of benefits.

It is estimated that one-half (1/2) hour would be required time for oral argument.

Respectfully submitted this 25th day of May, 2000.

1

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. mail this 25th day of May, 2000 GENE D. LIPSCHER, Alley, Maass, Rogers, & Lindsay, P.A., Attorney for Defendant, 321 Royal Poinciana Plaza South , P.O. Box 431 Palm Beach, FL 33480-0431.

By: _____
ROY L. TAYLOR
Florida Bar No. 403225

Law Office of Roy Taylor
14 NE 1st AVE., No. 601
Miami, FL 33132
(305) 358-8813

By: _____
LAWRENCE D. BACHE
Florida Bar No. 0557935

Law Office of Lawrence D. Bache
9000 West Sheridan Street, Suite 174
Pembroke Pines, Florida 33024
(954) 436-7376; Fax (954) 436-2926

C:\MyFiles\Radican\Req Oral.wpd