UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH

JAMES E. RADICAN,

    Plaintiff,

vs.                              **O R D E R**

RELIANCE STANDARD LIFE
INSURANCE COMPANY, a foreign
corporation,

    Defendant.
_____/



THIS MATTER is before the Court upon the Plaintiff, James E. Radican's Request For Oral Argument On Motion For Summary Judgment On The Issue Of Liability (DE 12). The Court having carefully reviewed said Motion and the entire Court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff, James E. Radican's aforementioned Request For Oral Argument On Motion For Summary Judgment On The Issue Of Liability (DE 12) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of June, 2000.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

Lawrence D. Bache, Esq.
For Plaintiff

Gene D. Lipscher, Esq.
For Defendant