UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
2001 FEB 16 PM 1:09

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

Case No. 00-624-CIV-ZLOCH-Seltzer
6024

JAMES E. RADICAN )
　　　　　　　　　　　　　　　　)
　　Plaintiff, )
　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　)
RELIANCE STANDARD LIFE )
INSURANCE COMPANY, a Foreign, )
corporation, )
　　　　　　　　　　　　　　　　)
　　Defendants. )
_____ )

## STATEMENT CERTIFYING CONFERENCE
## REGARDING ATTORNEY'S FEES AND COSTS

Undersigned counsel for plaintiff JAMES E. RADICAN, pursuant to Rule 7.3 of the Local Rules of the United States District Court for the Southern District of Florida, hereby certifies that he has conferred with counsel for defendant in a good faith effort to resolve plaintiff's Motion for Attorney's Fees and Costs but the parties have not been successful to date and plaintiff requests a hearing and defendant believes a hearing is unnecessary.

Respectfully submitted this 15th day of February, 2001.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. mail this 15th day of February, 2001, to **Gene D. Lipscher**, Esq., Alley, Maass, Rogers, & Lindsay, P.A., Attorney for RSL, 321 Royal Poinciana Plaza South , P.O. Box 431 Palm Beach, FL 33480-0431, and to **Joshua Bachrach**, Esq., Rawle

-1-

& Henderson, the Widener Bldg, 16th Floor, One South Penn Square, 1339 Chestnut St., Philadelphia, Pa 19107.

BY: *[signature]*
LAWRENCE D. BACHE
Florida Bar No. 0557935
Attorney for Plaintiff
Law Office of Lawrence D. Bache
9000 West Sheridan Street, Suite 174
Pembroke Pines, Florida 33024
Phone: (954) 436-7376
Fax: (954) 436-2926