IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-624-C.V.-ZLOCH-Seltzer

6024

| | | |
|---|---|---|
| JAMES E. RADICAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **RESPONSE OF DEFENDANT** |
| | ) | **RELIANCE STANDARD LIFE** |
| FIRST RELIANCE STANDARD LIFE | ) | **INSURANCE COMPANY TO** |
| INSURANCE COMPANY, a foreign | ) | **PLAINTIFF'S MOTION FOR** |
| corporation, | ) | **ATTORNEY'S FEES AND COSTS** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Reliance Standard Life Insurance Company, by and through its attorneys, hereby responds to plaintiff's motion for attorney's fees and costs as follows:

i. Admitted in part; denied in part. It is admitted that the court granted plaintiff's Motion for Remand on January 17, 2001. It is denied that the Order is a final Order upon which plaintiff can seek attorneys fees.

ii. Answering defendant is without knowledge of information sufficient to form a belief as to the allegations contained in this paragraph.

iii. Admitted in part; denied in part. It is admitted that Lawrence D. Bache set forth the hours he allegedly spent working on this case in an affidavit attached as Exhibit "A." It is denied the hours were reasonable or that plaintiff is entitled to any recovery of his fees.

0489751.01

23

iv. Admitted in part; denied in part. It is admitted that Lawrence D. Bache set forth the hours he allegedly spent working on this case in an affidavit attached as Exhibit "B." It is denied the hours were reasonable or that plaintiff is entitled to any recovery of his fees.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by via First Class U.S. Mail, postage prepaid, to Lawrence D. Bache, Esq., Fountains Executive Center, 9000 West Sheridan Street, Suite 174, Pembroke Pines, FL 33024, this 20th day of February, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by via First Class U.S. Mail, postage prepaid, to Lawrence D. Bache, Esq., Fountains Executive Center, 9000 West Sheridan Street, Suite 174, Pembroke Pines, FL 33024, this 20th day of February, 2001.

> RAWLE & HENDERSON, LLP
> Joshua Bachrach, Esquire (pro hac vice)
> Attorneys for Defendant
> The Widener Building, 16th Floor
> One South Penn Square
> Philadelphia, PA 19107
> (215) 575-4200
>
> ALLEY, MAASS, ROGERS & LINDSAY, P.A.
> Attorneys for Defendant
> P.O. Box 431
> 321 Royal Poinciana Plaza, South
> Palm Beach, FL 33480-0431
> (561) 659-1770/ (561) 833-2261 Fax
>
> By: _____
> GENE D. LIPSCHER
> FBN: 904228

0489751.01