UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH

JAMES E. RADICAN,

        Plaintiff,

vs.                            **O R D E R**

RELIANCE STANDARD LIFE
INSURANCE COMPANY, a
foreign corporation,

        Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff, James E. Radican's Motion For Attorney's Fees and Costs and/or Alternatively, To Permit Subsequent Application For same (DE 21). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises.

    The Court notes that 29 U.S.C. § 1132(g)(1) provides no presumption in favor of granting attorney's fees to a prevailing claimant in an ERISA action. Upon review of the entire court file herein, the Court finds that the Plaintiff has failed to establish its entitlement to attorney's fees. Specifically, the Court finds that the Plaintiff's instant Motion is premature, as the Plaintiff's claims are still pending before the Plan Administrator.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Plaintiff, James E. Radican's Motion For Attorney's Fees and Costs and/or Alternatively, To Permit Subsequent

Application For same (DE 21) be and the same is hereby **DENIED**; and

2. The Plaintiff can file with the Clerk of this Court a Motion For Attorney's Fees upon the completion of the litigation in the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _18th_ day of May, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Lawrence D. Bache, Esq.
For Plaintiff

Gene D. Lipscher, Esq.
Joshua Bachrach
For Defendant