UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-624-CIV-ZLOCH-Seltzer**

6024

| | |
|---|---|
| JAMES E. RADICAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, a Foreign, | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NIGHT BOX
FILED**

**SEP 17 2001**

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT AFTER REMAND ON THE ISSUE OF LIABILITY

COMES NOW Plaintiff, JAMES E. RADICAN, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby requests oral argument on his Motion for Summary Judgment After Remand on the Issue of Liability filed in this cause and states:

A hearing would be helpful to the Court because the concerned issues fall under the Employee Retirement Income and Security Act of 1974, 29 U.S.C. § 1001, et. seq. and rules promulgated with respect thereto. The undersigned believes oral argument will assist the Court in considering the facts and circumstances critical to determining the propriety of the Administrator's denial of benefits.

It is estimated that one-half (1/2) hour would be required time for oral argument.

1

Respectfully submitted this 17th day of September, 2001.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. mail this 17th day of September, 2001 to **Gene D. Lipscher**, Esq., Alley, Maass, Rogers, & Lindsay, P.A., Attorney for RSL, 321 Royal Poinciana Plaza South, P.O. Box 431 Palm Beach, FL 33480-0431 and to **Joshua Bachrach**, Esq., Rawle & Henderson, the Widener Bldg, 16th Floor, One South Penn Square, 1339 Chestnut St., Philadelphia, PA 19107.

By: /s/ Lawrence D. Bache
LAWRENCE D. BACHE
Florida Bar No. 0557935

Law Office of Lawrence D. Bache
9000 West Sheridan Street, Suite 174
Pembroke Pines, Florida 33024
(954) 436-7376; Fax (954) 436-2926