UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH



JAMES E. RADICAN,

        Plaintiff,

vs.                                          **O R D E R**

RELIANCE STANDARD LIFE
INSURANCE COMPANY, a foreign
corporation,

        Defendant.
_____/

THIS MATTER is before the Court upon the Plaintiff, James E. Radican's Request For Oral Argument On Motion For Summary Judgment After Remand On The Issue Of Liability (DE 29).  The Court having carefully reviewed said Request and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Request For Oral Argument On Motion For Summary Judgment After Remand On The Issue Of Liability (DE 29) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of April, 2002.

                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

Copies furnished:

Lawrence D. Bache, Esq.
For Plaintiff

Gene D. Lipscher, Esq.
Joshua Bachrach, Esq.
For Defendant