UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH



JAMES E. RADICAN,

      Plaintiff,

vs.

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.
_____/

**ORDER FOR PRE-TRIAL CONFERENCE**

      The above-styled cause is hereby set for Pre-Trial Conference on **June 14, 2002**, at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

TIME SCHEDULE

| | | |
|---|---|---|
| **SEVENTEEN** days prior to P-T Conf. | - | Attorneys must meet |
| **FIFTEEN** days prior to P-T Conf. | - | Resume of experts and their reports must be exchanged |
| **FIVE** days prior to P-T Conf. | - | ALL discovery must be completed |

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE:    PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.



PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before **May 31, 2002.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _9th_ day of May, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Lawrence D. Bache, Esq.
For Plaintiff

Gene D. Lipscher, Esq.
Joshua Bachrach, Esq.
For Defendant