IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-624-CIV-ZLOCH-Seltzer

| | |
|---|---|
| JAMES E. RADICAN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **DEFENDANT'S MOTION TO** |
| ) | **RESET PRETRIAL CONFERENCE** |
| FIRST RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, a foreign ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through its undersigned counsel respectfully requests this Court to reset the pretrial conference presently scheduled on June 14, 2002 at 9:30 a.m. and states as follows:

(1)  Counsel for Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, prior to receiving this Court's Order Setting Pretrial Conference, made reservations and has prepaid to attend the Academy of Florida Trial Lawyers convention in Orlando on June 12, 2002 and June 13, 2002. Attached hereto as Exhibit "A" is a copy of Meeting Confirmation Notice.

(2)  Counsel for Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, prior to receiving this Court's Order Setting Pretrial Conference, prepaid hotel reservations through June 14, 2002 at the Renaissance Hotel in Orlando in order to spend the remainder of the week on vacation at Disney with his family. Attached hereto as Exhibit "B" is a copy of confirmation.

(3) Undersigned counsel has contacted counsel for Plaintiff, JAMES E. RADICAN, who advises that he has no objection to the Court resetting the pretrial conference in this matter.

WHEREFORE, Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, hereby respectfully requests that this Court enter an Order resetting the pretrial conference and cancel same presently scheduled for June 14, 2002 at 9:30 a.m.

Respectfully submitted,

ALLEY, MAASS, ROGERS & LINDSAY, P.A.
Attorneys for Defendant, RELIANCE
321 Royal Poinciana Plaza South
Palm Beach, FL 33480
(561) 659-1770
(561) 833-2261 Fax

By: _____
GENE D. LIPSCHER
FBN: 904228

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by via First Class U.S. Mail, postage prepaid, to Lawrence D. Bache, Esq., Fountains Executive Center, 9000 West Sheridan Street, Suite 174, Pembroke Pines, FL 33024, this 15th day of May, 2002.

ALLEY, MAASS, ROGERS & LINDSAY, P.A.
Attorneys for Defendant
321 Royal Poinciana Plaza, South
Palm Beach, FL 33480-0431
(561) 659-1770
(561) 833-2261 Fax

By: _____
GENE D. LIPSCHER
FBN: 904228

> Meeting Confirmation
> Notice

**Mr. Gene D. Lipscher**
Alley, Maass, Rogers & Lindsay, P.A.
Post Office Box 431
Palm Beach, FL 33480-0431

Meeting:  *2002 AFTL Annual Convention*
*Wednesday, June 12, 2002 through Saturday, June 15, 2002*

Renaissance Orlando Resort
6677 Sea Harbor Drive
Orlando, FL 32821

Coordinators: For additional information please contact the Academy of Florida Trial Lawyers CLE Department at (850)224-9403.

You are registered for the following:

| Function | Quantity | Rate | Amount |
|---|---|---|---|
| General Session | 1 | 245.00 | 245.00 |
| Appreciation Luncheon | 1 | 45.00 | 45.00 |
| | | Total | 290.00 |
| | | Payment | 290.00 |
| | | **Balance** | 0.00 |

Please see attached for directions and hotel information.


Annual Convention Schedule for June 12-15, 2002:
Registration hours will open on Wednesday, June 12, 2002, at the Renaissance Orlando Resort. On Wednesday registration hours will be from 8:00am - 4:35 pm. On Thursday registration hours will be from 7:00 am - 4:15 pm and on Friday from 7:00 am - 12:30 pm.

CLE Credit for the 2002 Annual Convention:
Please see attached for credit information.

Social Events:
Social Events are ticketed separately and must be purchased in advance. To register for social events, please return the enclosed card or contact the CLE Department at (850) 224-9403.

Convention Cancellation Policy:
All cancellations must be submitted in writing to AFTL by June 4, 2002, in order to receive a full refund. No refunds will be given after this date. Requests to transfer to the audiotape program must also be received by June 4th. Substitutions are welcome and may be made at any time, but must be another AFTL voting member to attend the Legislative & Case Law Update Seminar. In the case of non-attendance, the seminar book will be mailed following the seminar you were registered to attend. Social event tickets purchased after the cancellation date are nonrefundable.

EXHIBIT "___A___"



# RENAISSANCE.
## HOTELS • RESORTS • SUITES

ORLANDO RESORT
6677 SEA HARBOR DRIVE
ORLANDO, FL 32821
Tel: 407-351-5555
Fax: 407-351-9991

## ARRIVAL CONFIRMATION

Confirmation Number:   81049988
Guests in Room:        3
Guest Name:            LIPSCHER, GENE

Number of Rooms:       1        Arrive: 11 Jun 2002    #Nights: 3        Depart: 14 Jun 2002
Guarantee Method:      Credit card guarantee
Bed Type:              ROOM - QUALITY
Cancellation Policy:
Rate(s) Quoted in:     US DOLLAR

| RATE INFORMATION | | | | | |
|---|---|---|---|---|---|
| ARRIVAL DATE | ROOM RATE | RATE PROGRAM | ARRIVAL DATE | ROOM RATE | RATE PROGRAM |
| 2002 Jun 11 | 149.00/Per Night | AFTL/AC FL TRIA | | | |

PLUS APPLICABLE TAXES

| SPECIAL REQUESTS | REQUEST STATUS |
|---|---|
| 2 QUEEN BEDS | Guaranteed |
| NON-SMOKING ROOM | Guaranteed |
| ROLLAWAY BED | Request Noted |
| 3 DAY CANCEL POLICY | Noted |

### HOTEL DIRECTIONS

FROM NORTH - I-95 TO I-4 WEST, EXIT #28 AT SEA WORLD/INTERNATIONAL DR.
FOLLOW SIGNS TO SEA WORLD. THE RESORT IS LOCATED ACROSS FROM SEA WORLD.

Legal Disclaimer:

This confirmation notice has been transmitted to you by fax for your convenience. Marriott's record of this confirmation notice is the official record of this reservation. Subsquent alterations to this electronic message after its transmission will be disregarded.

Thank you for traveling and choosing Marriott - 1-800-468-3571.

EARN FREE VACATION OR MILES DURING YOUR STAY. CALL 1-800-249-0800(US) OR GO TO
MARRIOTTREWARDS.COM TO JOIN MARRIOTT REWARDS.



EXHIBIT " _B_ "