UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6024-CIV-ZLOCH

JAMES E. RADICAN,

      Plaintiff,

vs.

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY, a foreign
corporation,

      Defendant.
_____/

**ORDER RESETTING
PRE-TRIAL CONFERENCE**

FILED by ___ D.C.
MAY 21 2002

THIS MATTER is before the Court upon the Defendant, First Reliance Standard Life Insurance Company's Motion To Reset Pretrial Conference (DE 37). The Court has carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion To Reset Pretrial Conference (DE 37) be and the same is hereby **GRANTED.**

The above-styled cause is hereby **RESET** for Pre-Trial Conference on **Friday, June 28, 2002,** at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.


38

TIME SCHEDULE

**SEVENTEEN** days prior to P-T Conf.   -   Attorneys must meet
**FIFTEEN** days prior to P-T Conf.   -   Resume of experts must be completed and their reports must be exchanged
**FIVE** days prior to P-T Conf.   -   ALL discovery must be completed

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE:   PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE.

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before **June 14, 2002**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _21_ day of May, 2002.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Lawrence D. Bache, Esq.
For Plaintiff

Gene D. Lipscher, Esq.
For Defendant