UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6024-CIV-ZLOCH-Seltzer

JAMES E. RADICAN )
 )
  Plaintiff, )
 )
vs. )
 )
RELIANCE STANDARD LIFE )
INSURANCE COMPANY, a Foreign, )
corporation, )
 )
  Defendants. )
 )

NIGHT BOX
FILED

JUN 2 2002

CLARENCE MADDOX
CLERK. USDC/SDFL/FTL

## PLAINTIFF'S RESPONSE TO DEFENDANT'S TRIAL BRIEF

A trial is not appropriate in this ERISA-governed action since the role of the Court is to review RSL's determination to deny RADICAN's claim for benefits <u>based solely upon evidence in the administrative record</u>. *Jett v. Blue Cross & Blue Shield of Alabama*, 890 F.2d 1137, 1139 (11th Cir. 1989). Therefore plaintiff respectfully submits that the filing of a "trial brief" by defendant is inappropriate and the content thereof should be disregarded.[1]

---

[1] A trial on the issue of the amount of benefits RADICAN is entitled to receive could be appropriate if there were a dispute on that issue. However, it is not anticipated that there will be any dispute as to the amount of benefits due under the terms of the Plan if the Court rules RADICAN is entitled to disability benefits. See *Levinson v. Reliance Standard Life Insurance Company*, 245 F.3d 1321 (11th Cir. 2001).

1

Notwithstanding the foregoing, plaintiff is compelled to point out that defendant, in its trial brief, has made statements including those made in its prior submissions, which are either false, incomplete, misleading, and not supported by evidence in the administrative record. Because these statements have for the most part been addressed by plaintiff in his previous submissions, they will not be further addressed in an unwarranted trial brief.

Respectfully submitted this 21st day of June, 2002.

By: /s/ Lawrence D. Bache
LAWRENCE D. BACHE
Florida Bar No. 0557935

Law Office of Lawrence D. Bache
9000 West Sheridan Street, Suite 174
Pembroke Pines, Florida 33024
(954) 436-7376;  Fax (954) 436-2926

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. mail this 21st day of June, 2002 to **Gene D. Lipscher**, Esq., Alley, Maass, Rogers, & Lindsay, P.A., Attorney for RSL, 321 Royal Poinciana Plaza South , P.O. Box 431 Palm Beach, FL 33480-0431 and to **Joshua Bachrach**, Esq., Rawle & Henderson, the Widener Bldg, 16th Floor, One South Penn Square, 1339 Chestnut St., Philadelphia, PA 19107.

By: _____
LAWRENCE D. BACHE
Florida Bar No. 0557935

Law Office of Lawrence D. Bache
9000 West Sheridan Street, Suite 174
Pembroke Pines, Florida 33024
(954) 436-7376;  Fax (954) 436-2926

\Trial Brief.wpd