UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6024-CIV-ZLOCH-Seltzer

JAMES E. RADICAN )
 )
 Plaintiff, )
 )
vs. )
 )
RELIANCE STANDARD LIFE )
INSURANCE COMPANY, a Foreign, )
corporation, )
 )
 Defendants. )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that JAMES E. RADICAN, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on the 29th day of August, 2002.

Respectfully submitted this 19th day of September, 2002

BY: _____
LAWRENCE D. BACHE
Florida Bar No. 0557935
Attorney for Plaintiff/Appellant
Law Office of Lawrence D. Bache
9000 West Sheridan Street, Suite 174
Pembroke Pines, Florida 33024
Phone: (954) 436-7376; Fax: (954) 436-2926

\Appeal Notice.wpd

## SERVICE LIST

(*Radican v. Reliance*; case No. 00-624-CIV-ZLOCH-Seltzer)

Lawrence D. Bache, Esq.
9000 West Sheridan Street, Suite 174
Pembroke Pines, FL 33024

Gene D. Lipscher, Esq.
Alley, Maass, Rogers, & Lindsay, P.A.
321 Royal Poinciana Plaza South
P.O. Box 431
Palm Beach, FL 33480-0431


Joshua Bachrach, Esq.
Rawle & Henderson
The Widener Bldg, 16th Floor
One South Penn Square
1339 Chestnut St.
Philadelphia, Pa 19107