# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 299 East Broward Boulevard
#### Fort Lauderdale, FL 33301
#### 954-769-5400

**CLARENCE MADDOX**
**Court Administrator/Clerk of Court**

```
Clerk's Office - Appeal #02-15133-HH    Date: October 23, 2002
U.S. Court of Appeals - Eleventh Circuit    USDC # 00-6024-CV-WJZ
56 Forsyth St., N.W.                         USCA # 02-15133-HH
Atlanta, GA  30303
```

IN RE: **James E. Radican v. First Reliance Standard**

=================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

       3  Volumes of Pleadings

                                          Sincerely,

                   Clarence Maddox, Court Administrator/Clerk

                   By: _____
                                          Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
       Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



```
                                              BSS     CLOSED
                                              APPEAL
                   U.S. District Court
        Southern District of Florida (FtLauderdale)

           CIVIL DOCKET FOR CASE #: 00-CV-6024
```

Radican v. First Reliance, et al                    Filed: 01/07/00
Assigned to: Judge William J. Zloch
Demand: $0,000                          Nature of Suit:  140
Lead Docket: None                       Jurisdiction: US Defendant
Dkt # in 17th Jud. Cir. : is 99-020505 CACE 13

Cause: 29:1001 E.R.I.S.A.: Employee Retirement


JAMES E. RADICAN                    Lawrence David Bache
      plaintiff                     FTS 436-2926
                                    954-436-7376
                                    Suite 174
                                    [COR LD NTC]
                                    9000 W Sheridan Street
                                    Pembroke Pines, FL 33024



      v.


FIRST RELIANCE STANDARD LIFE        Gene D. Lipscher
INSURANCE COMPANY, a foreign        FTS 833-2261
corporation                         561-659-1770
      defendant                     [COR LD NTC]
                                    Alley Maass Rogers & Lindsay
                                    321 Royal Poinciana Plaza South
                                    PO Box 431
                                    Palm Beach, FL 33480
                                    561-659-1770

                                    Joshua Bachrach
                                    [COR LD NTC]
                                    Rawle & Henderson
                                    1 S Penn Square
                                    The Widener Building
                                    Philadelphia, PA 19107

```
Proceedings include all events.                                    BSS
0:00cv6024 Radican v. First Reliance, et al           CLOSED APPEAL

JAMES E. RADICAN

              plaintiff

     v.

FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, a foreign
corporation

              defendant
```

Proceedings include all events.                                    BSS
0:00cv6024 Radican v. First Reliance, et al   *BEG. Vol. 1*   CLOSED APPEAL

| | | |
|---|---|---|
| 1/7/00 | ① | NOTICE OF REMOVAL of complaint from: 17th Judicial Circuit FILING FEE $150.00 RECEIPT # 518249; A-7; BSS (br) [Entry date 01/11/00] |
| 1/7/00 | -- | Magistrate identification: Magistrate Judge Barry S. Seltzer (br) [Entry date 01/11/00] |
| 1/13/00 | ② | NOTICE of filing complaint by First Reliance (lh) [Entry date 01/18/00] |
| 2/10/00 | ③ | Scheduling Report of Scheduling Meeting  by James E. Radican, First Reliance (lh) [Entry date 02/14/00] |
| 4/5/00 | ④ | MOTION by First Reliance for leave to file answer nunc pro tunc (lh) [Entry date 04/06/00] |
| 4/6/00 | ⑤ | ORDER granting [4-1] motion for leave to file answer nunc pro tunc ( Signed by Judge William J. Zloch on 4/6/00) CCAP [EOD Date: 4/7/00] (lh) [Entry date 04/07/00] |
| 4/18/00 | ⑥ | MOTION by First Reliance for Joshua Bachrach to appear pro hac vice (dp) [Entry date 04/19/00] |
| 4/18/00 | -- | Filing Fee Paid;  FILING FEE $ 75.00  RECEIPT # 519134 (dp) [Entry date 04/19/00] |
| 4/18/00 | ⑦ | MEMORANDUM by First Reliance  in support of [6-1] motion for Joshua Bachrach to appear pro hac vice (dp) [Entry date 04/19/00] |
| 4/20/00 | ⑧ | ORDER granting [6-1] motion for Joshua Bachrach to appear pro hac vice ( Signed by Judge William J. Zloch on 4/10/00) CCAP [EOD Date: 4/24/00] (lh) [Entry date 04/24/00] |
| 4/20/00 | ⑨ | ORDER  setting pretrial conference for 9:30 2/16/01, and  set pretrial stipulation due for 2/2/01 ( Signed by Judge William J. Zloch on 4/20/00) CCAP [EOD Date: 4/24/00] (lh) [Entry date 04/24/00] |
| 4/20/00 | ⑩ | ORDER Re: Trial Instructions ( Signed by Judge William J. Zloch on 4/20/00) CCAP [EOD Date: 4/24/00] (lh) [Entry date 04/24/00] |
| 5/26/00 | ⑪ | MOTION by James E. Radican for summary judgment on issue of liability (dp) [Entry date 05/30/00] |
| 5/26/00 | ⑫ | MOTION by James E. Radican for oral argument on [11-1] motion for summary judgment on issue of liability (dp) [Entry date 05/30/00] |
| 6/7/00 | ⑬ | RESPONSE TO PLAINTIFF'S MOTION for summary judgment on the issue of liability and CROSS MOTION by First Reliance for summary judgment (lh) [Entry date 06/08/00] |

Proceedings include all events.                                           BSS
0:00cv6024 Radican v. First Reliance, et al    *Vol. 1 cont*    CLOSED APPEAL

| 6/23/00 | (14) | RESPONSE by James E. Radican  to [13-1] cross motion for summary judgment (lh) [Entry date 06/27/00] |
| 6/27/00 | (15) | ORDER denying [12-1] motion for oral argument on [11-1] motion for summary judgment on issue of liability ( Signed by Judge William J. Zloch on 6/27/00) CCAP [EOD Date: 6/28/00] (lh) [Entry date 06/28/00] |
| 7/6/00 | (16) | REPLY by First Reliance  to response to [13-1] cross motion for summary judgment (lh) [Entry date 07/07/00] |
| 7/7/00 | (17) | MOTION with memorandum in support by James E. Radican to remand to Plan Administrator, and to abate action (lh) [Entry date 07/10/00] |
| 7/12/00 | (18) | RESPONSE by First Reliance  to [17-1] motion to remand to Plan Administrator, [17-2] motion to abate action (lh) [Entry date 07/13/00] |
| 7/20/00 | (19) | REPLY Memorandum by James E. Radican to response to [17-1] motion to remand to Plan Administrator, [17-2] motion to abate action (ss) [Entry date 07/21/00] |
| 1/12/01 | (20) | FINAL ORDER OF REMAND [17-1] motion to remand to Plan Administrator, [17-2] motion to abate action remanding cause to the Plan Administrator mooting [13-1] cross motion for summary judgment, mooting [11-1] motion for summary judgment on issue of liability ( Signed by Judge William J. Zloch on 1/12/01) CCAP [EOD Date: 1/16/01] (lh) [Entry date 01/16/01] |
| 1/12/01 | -- | CASE CLOSED. (lh) [Entry date 01/16/01] |
| 2/9/01 | (21) | MOTION with memorandum in support by James E. Radican for attorney fees, and to Tax Costs and/or alternatively, to permit subsequent application for same (lh) [Entry date 02/12/01] |
| 2/16/01 | (22) | Statement of certifying conference by James E. Radican re: [21-1] motion for attorney fees, [21-2] motion to Tax Costs and/or alternatively, to permit subsequent application for same (lh) [Entry date 02/20/01] |
| 2/22/01 | (23) | RESPONSE by First Reliance  to [21-1] motion for attorney fees, [21-2] motion to Tax Costs and/or alternatively, to permit subsequent application for same (lh) [Entry date 02/23/01] |
| 2/22/01 | (24) | MEMORANDUM by First Reliance  in opposition to [21-1] motion for attorney fees, [21-2] motion to Tax Costs and/or alternatively, to permit subsequent application for same (lh) [Entry date 02/23/01] |

*End Vol. 1*

Proceedings include all events.                                    BSS
0:00cv6024 Radican v. First Reliance, et al    *Beg. Vol. 2*    CLOSED APPEAL

3/2/01    (25)    REPLY by James E. Radican  to response to [21-1] motion for
                  attorney fees (1h) [Entry date 03/05/01]

5/18/01   (26)    ORDER denying [21-1] motion for attorney fees, denying
                  [21-2] motion to Tax Costs and/or alternatively, to permit
                  subsequent application for same ( Signed by Judge William
                  J. Zloch on 5/18/01) CCAP [EOD Date: 5/21/01] (1h)
                  [Entry date 05/21/01]

5/21/01   (27)    SUPPLEMENT by James E. Radican  to: [21-1] motion for
                  attorney fees, [21-2] motion to Tax Costs and/or
                  alternatively, to permit subsequent application for same (1h)
                  [Entry date 05/22/01]

9/17/01   (28)    RENEWED MOTION by James E. Radican for summary judgment
                  after remand on the issue of liability (1h)
                  [Entry date 09/18/01]

9/17/01   (29)    MOTION by James E. Radican for Hearing on [28-1] motion
                  for summary judgment after remand on the issue of
                  liability (1h) [Entry date 09/18/01]

10/3/01   (30)    ANSWER AND MEMORANDUM by First Reliance  in opposition to
                  [28-1] motion for summary judgment after remand on the
                  issue of liability and defendant's CROSS-MOTION FOR SUMMARY
                  JUDGMENT (1h) [Entry date 10/04/01]

10/17/01  (31)    RESPONSE by James E. Radican  to [13-1] cross motion for
                  summary judgment (1h) [Entry date 10/18/01]

10/26/01  (32)    REPLY by First Reliance  to response to [13-1] cross motion
                  for summary judgment (1h) [Entry date 10/29/01]

1/11/02    --     Case reopened per law clerk, only remanded in part (1h)

4/29/02   (33)    ORDER denying [29-1] motion for Hearing on [28-1] motion
                  for summary judgment after remand on the issue of liability
                  ( Signed by Judge William J. Zloch on 4/29/02) [EOD Date:
                  4/30/02] (1h) [Entry date 04/30/02]

4/30/02   (34)    ORDER denying [28-1] motion for summary judgment after
                  remand on the issue of liability denying [30-1]
                  cross-motion for summary judgment ( Signed by Judge William
                  J. Zloch on 4/30/02) [EOD Date: 5/1/02] (1h)
                  [Entry date 05/01/02]

5/9/02    (35)    ORDER  for pretrial conference for 9:30 6/14/02,
                  pretrial stipulation due for 5/31/02 ( Signed by Judge
                  William J. Zloch on 5/9/02) [EOD Date: 5/10/02] (1h)
                  [Entry date 05/10/02]

5/9/02    (36)    ORDER Re: Trial Instructions ( Signed by Judge William J.
                  Zloch on 5/9/02) [EOD Date: 5/10/02] (1h)
                  [Entry date 05/10/02]

Docket as of October 23, 2002 12:26 pm                      Page 5

Proceedings include all events.                                BSS
0:00cv6024 Radican v. First Reliance, et al    *Vol 2 cont.*    CLOSED APPEAL

5/16/02   37     MOTION by First Reliance to reset pretrial conference (lh)
                 [Entry date 05/17/02]

5/21/02   38     ORDER granting [37-1] motion to reset pretrial conference
                 resetting pretrial conference for 9:30 6/28/02, pretrial
                 stipulation due for 6/14/02 ( Signed by Judge William J.
                 Zloch on 5/21/02) [EOD Date: 5/22/02] (lh)
                 [Entry date 05/22/02]

6/14/02   39     JOINT PRETRIAL STIPULATION by James E. Radican, First
                 Reliance (lh) [Entry date 06/17/02]

6/19/02   40     TRIAL BRIEF by First Reliance (lh) [Entry date 06/20/02]

6/21/02   41     MEMORANDUM of law pursuant to Rule 16.1J on the issue of
                 standard of review by James E. Radican (lh)
                 [Entry date 06/24/02]

6/21/02   42     RESPONSE by James E. Radican to [40-1] trial brief (lh)
                 [Entry date 06/24/02]

7/5/02    43     NOTICE of filing administrative record by First Reliance (dp)
                 *Vol 3*

8/29/02   44     FINAL JUDGMENT for First Reliance against James E. Radican   *Vol 2*
                 (Signed by Judge William J. Zloch on 8/29/02) [EOD Date:    *cont*
                 8/29/02] (ss)

8/29/02   --     CASE CLOSED. Case and Motions no longer referred to
                 Magistrate. (ss)

9/19/02   45     NOTICE OF APPEAL by James E. Radican of [44-1] judgment
                 order   EOD Date: 8/29/02;  Filing Fee: $ 105.00; Receipt #:
                 526228  Copies to USCA and Counsel of Record. (gf)

9/19/02   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [45-1] appeal  by James E. Radican
                 as to James E. Radican (gf)

9/25/02   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 9/25/02as to James E. Radican  Re: [45-1]
                 appeal  by James E. Radican  USCA NUMBER: 02-15133-HH (dl)
                 [Entry date 09/26/02]

9/26/02   46     Transcript Information Form re: as to James E. Radican
                 [45-1] appeal  by James E. Radican . No transcript
                 requested.  Appeal Record due on 10/10/02 for James E.
                 Radican (gf) [Entry date 09/30/02]

10/23/02  47     Certificate of Readiness as to James E. Radican transmitted
                 to USCA Re: [45-1] appeal  by James E. Radican    USCA
                 NUMBER: 02-15133-HH (gf)
                                                    *End Vol 2*